Frank Skon and Mary Skon, appellees, v. Bert P. Biggs and Vernan A. Biggs, trading as Biggs Bros., appellants. Gen. No. 28,111.

Action on contract for handling real estate. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. Charles

A. Williams, Judge, presiding. Heard in this court at the October term, 1922. Reversed and judgment of *nil capiat*. Opinion filed March 19, 1923.

William B. Ward, for appellants. No appearance for appellees.

Mr. Presiding Justice McSurely delivered the opinion of the court.